# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| YUSEF SIRIUS-EL,<br><br>          Petitioner<br><br>          v.<br><br>ALLEGHENY COUNTY COURT OF<br>COMMON PLEAS,<br><br>          Respondent | : No. 33 WM 2015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus, the Demand for Dismissal, and the Writ of Discovery are **DENIED**.